1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA

9    MELVIN R. ARRANT,                    )    NO.  CV 17-393-JVS (AGR)
                                          )
10              Plaintiff,                )
                                          )
11   v.                                   )    ORDER ACCEPTING FINDINGS AND
                                          )    RECOMMENDATION OF UNITED
                                          )    STATES MAGISTRATE JUDGE
12   G. RICHARDSON,                       )
                                          )
13                                        )
                Defendant.                )
14   _____       )

15       Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

16   file, and the Report and Recommendation of the United States Magistrate Judge.  No

17   objections to the Report have been filed. The Court accepts the findings and

18   recommendation of the Magistrate Judge.

19       IT IS ORDERED that Defendant's motion for summary judgment is denied.

20       IT IS FURTHER ORDERED that Plaintiff's motion to hold defense counsel in

21   contempt is DENIED.

22

23

24   DATED:  January 22, 2020    _____
                                          JAMES V. SELNA
25                                         United States District Judge

26

27

28